_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 23-00839-FWS (JDEx)                                   Date: October 27, 2023
Title: Tamara Miller v. Finance of America Reverse, LLC

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**     **SCHEDULING ORDER**

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), **VACATES** the Scheduling Conference set for Nove,ber 2. 2023, and sets the following schedule:

| | |
|---|---|
| Check one: [x] Jury Trial   or  [ ] Bench Trial<br>**Tuesday at 8:30 a.m.** | **5/13/2025** |
| *Parties' Estimated* Trial Length | **5 days** |
| Final Pretrial Conference & Hearing on Motions in Limine<br>**[Thursday at 8:30 a.m.]** | **4/24/2025** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **2/29/2024** |
| Last Date to File Motion for Class Certification | **9/13/2024** |
| Last Date to File Opposition to Motion for Class Certification | **10/4/2024** |
| Last Date to File Reply to Motion for Class Certification | **10/18/2024** |
| Hearing on Motion for Class Certification **[Thursday at 10:00 a.m.]** | **11/14/2024** |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for filing dispositive motions)** | **6/26/2024** |
| Expert Disclosure (Initial) | **7/12/2024** |
| Expert Disclosure (Rebuttal) | **8/9/2024** |
| Expert Discovery Cut-Off | **8/26/2024** |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | **6/13/2024** |

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 23-00839-FWS (JDEx)  Date: October 27, 2023
Title: Tamara Miller v. Finance of America Reverse, LLC

| | |
|---|---|
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>[ ] 1. Magistrate Judge<br>[ ] 2. Court's Mediation Panel<br>[x] 3. Private Mediation | **7/1/2024** |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only | **4/3/2025** |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | **4/10/2025** |

**cc: ADR**  Initials of Deputy Clerk:  mku