Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 551-5221
Facsimile: (310) 496-2840

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

**Pro Hac Vice* to be filed

*Attorneys for Plaintiff and the Classes*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TAMARA MILLER,** individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**BLOOM RETIREMENT HOLDINGS, INC.**, f/k/a **AMERICAN ADVISORS GROUP,** a California corporation,<br><br>　　　　　Defendant. | Case No. 8:23-cv-00839-FWS-JDE<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff dismisses this lawsuit against Defendant with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

**(1) By the Plaintiff.**

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

>(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

>(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Accordingly, Plaintiff hereby dismisses these proceedings in accordance with Rule 41(a)(1)(i) with prejudice.

Respectfully submitted,

Dated: December 21, 2023

**TAMARA MILLER,** individually and on behalf of all others similarly situated,

By: /s/ *Patrick H. Peluso*
One of Plaintiff's Attorneys

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 551-5221
Facsimile: (310) 496-2840

Patrick H. Peluso*

Notice of Voluntary Dismissal
-2-

|     |     |
| --- | --- |
| 1   | ppeluso@woodrowpeluso.com |
| 2   | **WOODROW & PELUSO, LLC** |
|     | 3900 East Mexico Ave., Suite 300 |
| 3   | Denver, Colorado 80210 |
|     | Telephone: (720) 213-0676 |
|     | Facsimile: (303) 927-0809 |

*Counsel for Plaintiff and the Classes*

\*pro hac vice

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on December 21, 2023.

/s/ Patrick H. Peluso